892305/574.7207
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
MURRAY RICHMAN
and RENEE RICHMAN,

               Plaintiffs

– against –

STONEBRIDGE CASUALTY
INSURANCE COMPANY,
               Defendant.
---------------------------------------------------X

JUDGE KOELTL

'07 CIV 6255

FEDERAL SDNY
STATEMENT PURSUANT
TO FED R.CIV. P. 7.1


RECEIVED JUL 06 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Stonebridge Casualty Insurance Company is owned by AEGON US Corporation and AEGON USA, Inc., neither of which is publicly traded. Stonebridge Casualty Insurance Company and its parents are members of the AEGON Group. The AEGON Group, through its member companies, is a leading international insurance group with its headquarters in The Hague, the Netherlands. The principal market for common shares of AEGON, N.V. is Euronext Amsterdam. Common shares of AEGON N.V. are listed on the NYSE and the Frankfort, London, and Tokyo exchanges as well as the SWX Swiss Exchange.

Dated: New York, New York
      July 5, 2007

                        LESTER SCHWAB KATZ & DWYER, LLP
                        Attorneys for Defendant
                        Stonebridge Casualty Insurance Company
                        By: _____
                            Steven Getzoff (3455)

TO:
MICHAEL DREZIN, ESQ.
25 Westchester Square
Bronx, NY 10461
718 823-7211
Attorney for Plaintiffs

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

STEVEN GETZOFF, being duly sworn, according to the law, deposes and says that he is one of the attorneys for STONEBRIDGE CASUALTY INSURANCE COMPANY, and that he has read the foregoing Notice of Removal and that the statements there are true in substance and to his knowledge.

_____
STEVEN GETZOFF (3455)

Sworn to before me this

5th day of July, 2007

_____
SUZANNE KELLY
Notary Public, State of New York
No. 01KE5071835
Qualified in Westchester County
Commission Expires January 21, 2011

## Declaration of Service

I served the annexed FEDERAL SDNY STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, CIVIL COVER SHEET, NOTICE OF REMOVAL AND NOTICE TO STATE COURT CLERK OF THE FILING OF THE NOTICE OF REMOVAL by first-class mail on the following persons on July 9, 2007:

MICHAEL DREZIN, ESQ.
25 Westchester Square
Bronx, NY 10461
718-823-7211
Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2007.

_____
NANCY A. ERRIGO