892341/574-7207

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MURRAY RICHMAN                             :
and RENEE RICHMAN,
                                           :   Docket No.: 07 CIV 6255
                 Plaintiffs
                                           :   **ANSWER**
         – against –
                                           :
STONEBRIDGE CASUALTY                           **Defendant demands a jury trial.**
INSURANCE COMPANY,                         :
                 Defendant.
------------------------------------------------------X

Defendant Stonebridge Casualty Insurance Company ("Stonebridge") answers the Complaint as follows:

### Answering The Complaint

1. Stonebridge admits paragraph 1 of the complaint.

2. Stonebridge denies paragraphs 2 and 3 of the complaint and admits that plaintiffs purchased a Travel Protection Plan (the "plan") and refers to the plan for its terms.

3. Stonebridge denies paragraphs 4 through 7 of the complaint.

### First Affirmative Defense

4. The complaint fails to state a basis for the recovery of punitive damages.

### Second Affirmative Defense

5. The illness claimed by plaintiffs was a pre-existing condition under the plan for which plaintiffs are not covered.

### Third Affirmative Defense

6. The complaint is barred by ratification, waiver and estoppel.

### Fourth Affirmative Defense

7. The complaint is barred by the terms and conditions of the plan.

Wherefore, Stonebridge demands judgment dismissing the action, with costs and disbursements.

Dated: New York, New York  
July 9, 2007

LESTER SCHWAB KATZ & DWYER, LLP  
120 Broadway  
New York, NY 10271  
212 964-6611  
Attorneys for Defendant  
STONEBRIDGE CASUALTY INSURANCE COMPANY

_____  
Steven B. Getzoff (SBG-3455)

TO:

MICHAEL DREZIN, ESQ.  
25 Westchester Square  
Bronx, NY 10461  
718 823-7211  
Attorney for Plaintiffs

<u>Declaration of Service</u>

I served the annexed ANSWER by first-class mail on the following persons on July 9, 2007:

>MICHAEL DREZIN, ESQ.
>25 Westchester Square
>Bronx, NY 10461
>718-823-7211
>Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2007.

_____
NANCY A. ERRIGO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MURRAY RICHMAN
and RENEE RICHMAN,

                                Plaintiff,

      -against-

STONEBRIDGE CASUALTY INSURANCE
COMPANY,

                              Defendant.
------------------------------------------------------------------x

Docket No.: 07 CIV 6255
Judge Koeltl

**ANSWER**

### LESTER SCHWAB KATZ & DWYER, LLP

ATTORNEYS FOR    Defendant
STONEBRIDGE CASUALTY INSURANCE
COMPANY

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916