```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MURRAY RICHMAN and RENEE RICHMAN,
                    Plaintiff,

                    -and-

STONEBRIDGE CASUALTY,
                    Defendant.
------------------------------------------------------------X

07 civ 6255 (JGK)

**ORDER**

      The parties in this action have agreed that this matter shall be remanded to the Supreme Court, State of New York, Bronx County.

_____
Michael Drezin, Esq.
Attorney for the Plaintiff
25 Westchester Square
Bronx, New York 10461
(718) 823-7211
F: (718) 822-7211

_____
Steven Getzoff, Esq.
Lester, Schwab, Katz & Dwer, LLP
Attorney for the Defendant
120 Broadway
New York, New York 10271
(212) 964-6611
F: (212) 267-5916

**SO ORDERED.**

Dated: New York, New York
       October 2, 2007

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE